**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**IN ADMIRALTY**

Case No: 2:15-cv-513-FtM-38CM

IN RE: THOMAS S. KRUM, AS
OWNER OF A 1990 TIARA MOTOR
VESSEL (USCG DOC. NO. 970873)
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY.

_____

## <u>ORDER</u>

This cause having come before the Court on Petitioner Thomas S. Krum's Motion for Entry of Clerk's Default Judgment against Non-Filing Claimants (Doc. 21), and the Court having reviewed the record herein, and being otherwise duly and fully advised in the premises, the Court finds:

On August 26, 2015, Petitioner, THOMAS S. KRUM., as owner of a 1990 Tiara Motor Vessel (USCG Doc. No. 970873), filed a Complaint claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501, et seq., together with all statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and also contesting liability independently of the limitation of liability claim under said Act for any loss, damage, death, personal injury, damage or destruction of property or

other occurrences arising from the incident described in said Complaint which allegedly occurred on December 30, 2014. Doc. 1.

The Court entered an Order on September 3, 2015 (Doc. 6), approving the Ad Interim Stipulation and the Monition and Injunction and requiring all persons claiming any and all personal injury, property damage, destruction or other losses, caused by or resulting from the marine casualty set forth in the Complaint to appear before and file their respective claims with the Court and to serve on or mail to the Petitioner's attorneys copies thereof on or before October 27, 2015 (within 30 days of the last published Notice of the Court's Order in *The News Press*), and notice of said Order having been duly given and published, as appears on the Proof of Publication filed herein (Doc. 15), and copies of the notice of the Order having been duly mailed in accordance with the rules of the Court,

**IT IS HEREBY ORDERED:**

1.      The Motion for Entry of Clerk's Default Judgment against Non-Filing Claimants (Doc. 21) is **GRANTED**.

2.      The defaults of all persons claiming damages for any and all losses, damages, injuries, and destruction arising out of, occasioned or occurring from the incident set forth in the Complaint who have not filed and presented claims and answers, be and are hereby noted and the said persons in default and are hereby barred from filing any claims and answers in this proceeding or any proceeding.

3.      The Clerk shall enter default against such persons accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of December 2015.

CAROL MIRANDO
United States Magistrate Judge

cc:  Counsel of record