UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF THE:
COMPLAINT OF THOMAS S. KRUM,
AS OWNER OF A 1990 TIARA MOTOR     Case No:2:15-cv-513-FtM-38CM
VESSEL (USCG DOC. NO. 970873) FOR
EXONERATION FROM OR LIMITATION OF
LIABILITY
                                             /

## **ORDER**[1]

Before the Court is Petitioner Thomas S. Krum and Claimant Diversified Yacht Service, Inc.'s Joint Stipulation for Voluntary Dismissal with Prejudice of Claim (DE 17) Due to Settlement (Doc. 45), notifying the Court that the parties have settled the sole claim filed in this limitation-of-liability admiralty case. The parties condition their stipulation on the Court agreeing to retain jurisdiction to hear a motion on the release of funds from the registry of the Court.

Accordingly, it is now

**ORDERED:**

(1) Diversified Yacht Service, Inc.'s Claim (Doc. 17) is **DISMISSED with prejudice**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) The Court retains jurisdiction to hear a motion on the release of funds from the registry of the Court. If, after 60 days from the date of this Order, no such motion has been filed, the parties are **ORDERED** to file a status report to notify the Court of their intentions regarding the registry funds.

(3) The Clerk is **DIRECTED** to administratively close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of February, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record